IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED BY _____ D.C.
JUN 15 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

_____

LAToRRENCE ALLEN
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Miami-Dade County
Corrections And Rehabilitation
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

cat / div 550
Case # _____
Judge _____ Mag Reid
Motn ifp yes Fee pd $ no
Receipt # 0

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Litorrence Allens
All other names by which you have been known:
ID Number: 170131506
Current Institution: Miami-dade county - PDC Pretrial Detension Center
Address: 1321 NW 13th Street, Miami, FL 33125

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Miami Dade county Corrections
Job or Title (if known): and Rehabilitation
Shield Number:
Employer:
Address:

☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name:

2

| | |
|---|---|
| Job or Title (if known) | N/A |
| Shield Number | N/A |
| Employer | N/A |
| Address | N/A |

☐ Individual capacity ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title (if known) | N/A |
| Shield Number | N/A |
| Employer | N/A |
| Address | N/A |

☐ Individual capacity ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title (if known) | N/A |
| Shield Number | N/A |
| Employer | N/A |
| Address | N/A |

☐ Individual capacity ☐ Official capacity

**II.** **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment, 5th Amendment, 8th Amendment, 14th Amendment, Negligence, due to the lack of safety & Rights while incarcerated. Deprivation of life.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officers failed to search safety cell inmates, Armed with make shift knife. Before Allowing inmate to travel to the Recreational yard along with other inmates. Which Allowed this inmate to stabb me (8) Times (Assault)

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

## IV. Statement of Claim

**10.** On February 5, 2018 at the Miami-Dade County Pretrial Center And While Housed as a Classified Safety Cell Inmate, I Litorrence Allen, was stabbed (8) eight times in my head and Body. By an Inmate whom was sentenced to 3 Life terms I was stabbed by this inmate while locked in a Recreation cage along with other inmates. While staff members of Miami-Dade County sat And Watched. At approximately 7:07 am when officers pulled inmates for Recreational yard, these officers where Responsible for Stripping and/or Pat searching each and every individual inmate thoroughly, for weapons. Prior to Leaving their cells in Pursuit of the Recreational yard, area for Purpose of inmates and officers Safety. But Also a major Procedural caution due to safety cell inmates High

1. Tailor-Made Propensity to carrying dangerous "(Jail made) weaponary and Reputed acts of Violence. It is necessary to ensure the safety of inmates by Routine Searches that should be At No time Relaxed. Due to the level of classification of these Rare But dangerous inmates, But due to the time consumption of searching every inmate thoroughly, this Routine Proceedure has become merely a Pat on the shoulders and tap on the feet to elude actually Thoroughly searching the inmates. Due to these officers lack of executing their Job effectively, and becoming accustomed to "Running through these Vital Proceedures" consistantly enough for one of these malice fueled inmates with violent Intent to notice and feel confident enough to carry a weapon during these suppose searches is the Reason my Life and Safety has been compromised and put in jeupardy to the extent I Nearly lost my life being stabbed, while I had to Attempt to escape my assailant while locked in a cage while a →

2

Armed with a make-shift knife. No where to go him and another inmate chased and stabbed. And while officers watched and waited for back up to intervene, I feel the search for weapons was to be executed to ensure the safety of inmates so their wont be a situation to this effect that would hinder officers from interening promptly to altercations involving inmates in a cage secured by a lock and gate, topped with barb wire fencing. A mere fight would have been ~~fore~~ promptly ~~up and~~ approached and their fore more controlable in terms of breaking up and defusing. But once weapons become apart of an incident officers employed to ensure your safety quickly prioritize their safety before yours and therefore, adhere to protocol and wait for back up or assistance subsquently leaving me to suffer from multiple stab wounds and hightening my chance of being inflicted fatally then if they would have responded sooner. I received stab wounds to my head and body area, torso. Both spots that contain organs that could have changed my course of breathing, health, living and normal function. This has damaged me mentally as well as physically. The physical being the pain and suffering caused by the wounds; The mental being psychological damage I am suffering from being in a helpless situation which already incarcerated and reliving over and over the near death experience while officers failed to promptly respond and realizing the lack of virtural officers accountable, displayed a day a simple ~~frught~~ search could have prevented an inminnent dangerous assaulton my life is traumatizing knowing that I can be subjected to this same assault at any giving time agin.

3

AT the Hand of officers employed here at the Miami-Dade county Pretrial center. to do a job their NOT either capable of doing don't want to do or due the lack of supervisoral enforcement is NOT adhered to and this is a Violation of the Constitution, Amendment VIII cruel and unusual punishment inflicted. And Neglegance on behalf of Every Official whom where on duty at that time. I shall ~~deem~~ Be deemed a compensation to aid as Penalty for such wrong and lack of effectiveness, as well as aid towards montary damages to ease my sence of helplessness vulnerability to aid in structuring confindence in the officials I must submit my safety to while incarcerated, But whom has compermised that Ability in me to ever trust agin.

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

At the Miami-Dade County Pretrial Center of Corrections and Rehabilitations. Recreational yard, for safety cell inmates.

C. What date and approximate time did the events giving rise to your claim(s) occur?

On Feb. 05, 2018 At Approximately 7:07 AM or 7:40 AM.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was assaulted, by an safety cell inmate whom was armed with an jail made knife, me and another inmate was assaulted by this same inmate, while officers sats there and watched until —

5

Back up officer came to aid them. this Assaulted was caght on the Recreational yard video cams. Other inmates witness this Happend Along with officers.

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained injuries to my head, face, and torso, which I had to be medically treated for. I Received Stiches, And Pain medication. And I Also Reseaved mentel Health treatment. As well. I was stabbed (8) eight times. 3 times to my Head, 1 time behind my ear, 1 time to my Face, 2 times to my Right Hand, 2 times to my CHeast,

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I SHall Be deemed a compensation to aid as a Penalty $200,000 for such wrong and lock of effectiveness, as well as aid towards monetary damages to ease my sence of helplesness Vulnerability to aid in structuring confidence in the officials I must submit my safety to while incarcerated, But whom has compermised that Ability in me to ever trust agin.

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Miami-Dade County Pretrial Center Corrections and Rehabilitations.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   At ~~Toomey~~ the Turnered Griffered Knight correctional Center T.G.K. I Filed grievanceses at Both Jails. Due to the Fact, that the Jail the incident Happened At did not turn in my grievanceses, to cover up what Happened.

2. What did you claim in your grievance?

   I inform Staff members that I was stabbed by Another Safety Cell inmate, whom was Allowed on the Recreationalyard at this Pretrial Center, ~~[struck through text]~~ due to the lack of Safety Proceedures by officers.

3. What was the result, if any?

   No Results.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I put in appeals to explain my grievances But the classification officer and other ~~officers~~ staff member did not process some of my grievanceses or the appeals to save themself.

8

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    N/A

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    I did file grievances and I also talk to ~~staff~~ staff member about the incident. And why the incident happend.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____N/A_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit

     Plaintiff(s) _____N/A_____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*

     _____N/A_____

  3. Docket or index number

     _____N/A_____

  4. Name of Judge assigned to your case

     _____N/A_____

  5. Approximate date of filing lawsuit

     _____N/A_____

  6. Is the case still pending?

     ☐ Yes
     ☐ No      N/A

     If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____ N/A _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s)  _____ N/A _____
      Defendant(s)  _____ N/A _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____ N/A _____

   3. Docket or index number

      _____ N/A _____

   4. Name of Judge assigned to your case

      _____ N/A _____

   5. Approximate date of filing lawsuit

      _____ N/A _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No        N/A

11

Case 1:20-cv-22450-MGC   Document 1   Entered on FLSD Docket 06/15/2020   Page 15 of 18

      If no, give the approximate date of disposition. ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

___N/A___

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __06-08__, 20_20_.

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff ___Litorrence ALLEN___
Prison Identification # ___170131506___
Prison Address ___Miami-Dade County Pretrial Center 1321 NW 13th Stree___
___Miami___  ___Florida___  ___33125___
   City        State        Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____

Address _____

Telephone Number _____

E-mail Address _____

LlToRRENCE ALLEN GEE JAIL #170131506
MiAMi-DadeTheTurkeThinkDetentionCenter
1321 NW 13 132H NW 13th Street
MiAMi, FLA. Miami, FL 33125

Clerks office
United States District Court
Southern District of Georgia
U.S. Civil Codes

400 North MiaMi Avenue, 8009
MiaMi FL, 33...-77/6

2020 JUN 16

LegAl MAIL

