UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22450-CV-COOKE/REID

LITORRENCE GEE ALLEN,

Plaintiff,

v.

MIAMI-DADE COUNTY CORR.
AND REHABILITATION, et al.

Defendants.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

**THIS MATTER** was referred to the Honorable Lissette A. Reid, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters [ECF No. 2]. On October 21, 2020, Judge Reid issued a Report and Recommendation (the "Report") [ECF No. 9] recommending that Plaintiff's Complaint be dismissed with prejudice for failure to state a claim. Plaintiff did not file any objections to the Report. Furthermore, I find Judge Reid's Report to be clear, cogent, and compelling.

It is, therefore, **ORDERED and ADJUDGED** that Judge Reid's Report [ECF No. 9] is **APPROVED and ADOPTED**. Accordingly, the Complaint is **DISMISSED with prejudice**. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this 14th day of January 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Lissette Reid, U.S. Magistrate Judge*
*Litorrence Gee Allen*, pro se
*Counsel of record*